United States District Court
Southern District of Texas
**ENTERED**
November 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD MORALES, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00170 |
| GENERAL MOTORS, LLC, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal (D.E. 11), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on November 16, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE